**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-7822**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JOHN HAMILTON, a/k/a Majestick,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:95-cr-00174-1)

—————————

Submitted: April 21, 2016          Decided: April 25, 2016

—————————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John P. Hamilton, Appellant Pro Se. Gary L. Call, John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia; John Lanier File, Assistant United States Attorney, Beckley, West Virginia; John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Hamilton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hamilton, No. 1:95-cr-00174-1 (S.D.W. Va. Nov. 6, 2015). We deny Hamilton's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED